**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ernest Michael BROWN, a/k/a Rock,**
**Defendant–Appellant.**

**No. 01–6132.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2001.

Decided March 23, 2001.

Ernest Michael Brown, pro se. Jamie M. Bennett, Assistant United States Attorney, Baltimore, MD, for appellee.

Before DIANA GRIBBON MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ernest Michael Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) and the order denying his motion to supplement the § 2255 motion. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Brown,* Nos. CR–97–15–MJG; CA–00–2641–MJG (D.Md. Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*